James M. McDonnell, Esq. (Bar ID #030572001)
Beth L. Braddock, Esq. (Bar ID #060492013)
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANTS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

ANTHONY COSGROVE; TODD JOHNSON;     :     Civil Action No.:
ROCCO FURFERO; THOMAS CROWLE;       :
JONATHON JENNINGS; JIMMIE JOHNSON;  :
KAREEM MOORE; DONELLE BRITTON;      :
BRYAN   JONES;   KEVIN   BENNETT;   :
HOWARD   HUGHY;   BLAKE   GOYDIC;   :
RAYSHAWN MOORE; LOUIS PROCIDA;      :
BEN KELLER; DYLAN DIPUMA; CHRIS     :
DICKEY; NICHOLAS MANCHISE; CLIVE    :
WATSON;   EDDIE   FUTRELL;   JOSEPH :
FONTANEZ;   MICHAEL   GIORDANO;     :
ANTHONY RAPETTE; JAY SHAPIRO;       :
DONALD DORT,                        :
                                    :
              Plaintiffs,           :
                                    :
        v.                          :     **NOTICE AND PETITION FOR**
                                    :     **REMOVAL**
VEOLIA ES INDUSTRIAL SERVICES, INC.; :
VEOLIA ES TECHNICAL SOLUTIONS, LLC; :
VEOLIA   ENERGY   SOLUTIONS,   LLC; :
VEOLIA ENERGY OPERATING SERVICES,   :
LLC; VEOLIA ENERGY TRENTON, L.P.;   :
VEOLIA ENERGY NORTH AMERICA, LLC;   :
VEOLIA   ES   ENTERPRISE   SOLUTIONS, :
LLC; VEOLIA NORTH AMERICA, LLC;     :
VEOLIA   ENVIRONMENTAL   SERVICES   :
NORTH   AMERICA   CORP.;   JOHN   DOE :
CORPORATION 1-10 and other entities, :
                                    :
              Defendants.           :
                                    :
                                    :

TO:     Deputy Clerk of the Superior Court        David Zatuchni, Esq.
        Middlesex County Courthouse               Zatuchni & Associates, LLC
        2nd Floor – Tower, 56 Paterson Street      287 South Main Street (Route 29)
        New Brunswick, NJ 08901                    Lambertville, NJ 08530

Defendants, Veolia ES Industrial Services, Inc., Veolia ES Technical Solutions, LLC, Veolia Energy Solutions, LLC, Veolia Energy Operating Services, LLC, Veolia Energy Trenton, L.P., Veolia Energy North America, LLC, Veolia ES Enterprise Solutions, LLC, Veolia North America, LLC, and Veolia Environmental Services North America LLC (improperly pled as Veolia Environmental Services North America Corp.) (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, respectfully submit this Notice and Petition for removal of a case from the Superior Court of New Jersey, Law Division, Middlesex County, bearing Docket No. MID-L-007091-17, and as grounds for removal allege as follows:

1.      On November 30, 2017, Plaintiffs Anthony Cosgrove *et al.*, (collectively, "Plaintiffs") filed a civil action in Anthony Cosgrove, *et al.* v. Veolia, *et al.*, Docket No. MID-L-007091-17, pending in the Superior Court of New Jersey, Law Division, Middlesex County.   A true and correct copy of the Summons and Complaint are annexed hereto as Exhibit "A."   The Summons and Complaint were the initial pleadings received by Defendants allegedly setting forth the claims upon which Plaintiffs' action is based.

2.      Defendants received copies of the Summons and Complaint, in West Trenton, New Jersey, on December 5, 2017, within thirty (30) days of the filing of the notice and petition for removal.

3.      This notice and petition is timely filed within the provisions of 28 U.S.C. § 1446. Defendants have effected removal within thirty (30) days of receipt by them of a paper from which it could first be ascertained that this action is removable.   See 28 U.S.C. § 1446.

4.      Defendants have not filed an answer or other pleading in the Superior Court of New Jersey.

## REMOVAL BASED ON DIVERSITY JURISDICTION

5.      The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. This case may therefore be removed pursuant to 28 U.S.C. § 1441.

6.      Nothing herein shall be considered an admission of fact, law or liability, including but not limited to the applicability of the Prevailing Wage New Jersey Prevailing Wage Act, N.J.S.A. § 34:11-56-25 et seq. and the alleged amount in controversy. Defendants hereby preserve any and all defenses, objections and/or motions available under state and/or federal law.

7.      28 U.S.C. § 1441(a) provides, in relevant part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.      This action is one over which this Court has original jurisdiction. Pursuant to 28 U.S.C. § 1332(a)(1), the district courts have original jurisdiction of all civil actions between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.

## CITIZENSHIP OF PARTIES AND FRAUDULENT/MISJOINDER OF VEOLIA ENERGY TRENTON, L.P.

9.      In this matter, there is complete diversity of citizenship between the Plaintiffs and Defendants.

a.      Upon information and belief, Plaintiffs are and have been, upon the filing of the subject complaint on November 30, 2017 and the filing of this removal petition, citizens and residents of the following respective states:

(1)     Anthony Cosgrove, 23 Second Avenue, Port Reading, New Jersey 07064;

3

(2)    Todd Johnson, 54 Mosshill Lane, Willingboro, New Jersey 08046;

(3)    Rocco Furfero, 138 Georgia Street, Clark, New Jersey 07066;

(4)    Thomas Crowle, 126 Quimby Avenue, Hamilton, New Jersey 08690;

(5)    Jonathan Jennings, 217 Lexington Blvd., No. 31, Clark, New Jersey 07066;

(6)    Jimmie Johnson, 530 Park Avenue, M4, Orange, New Jersey 07050;

(7)    Kareem Moore, 950 South Orange Avenue, Newark, New Jersey 07106;

(8)    Donnelle Britton, 211 Hoffman Blvd., Fl. 1, East Orange, New Jersey 07017;

(9)    Bryan Jones, 306 Passmore Street, Apt. 1, Philadelphia, Pennsylvania 19111;

(10)    Kevin Bennett, 101 W. Washington Street, Suite 1400E, Indianapolis, Indiana 46204;

(11)    Howard Huey (improperly pled "Howard Hughy"), 50 North Evergreen Road, Apt. 1L, Edison, New Jersey 08837;

(12)    Blake Goydic, 42B Wavecrest Avenue, Winfield Park, New Jersey 07036;

(13)    Rayshawn Moore, 168 South Clinton Street, Apt. A-2, East Orange, New Jersey 07017;

(14)    Louis Procida, 55 Lori Street, Monroe Township, New Jersey 08831;

(15)    Ben Keller, 116 Highview Drive, Woodbridge, New Jersey 07095;

(16)    Dylan Dipuma, 1 Jarvais Terrace, Clark, New Jersey 07066;

4

(17)     Christopher Dickey, 1072 Detwiler Avenue, Beverly, New Jersey
08010;

(18)     Nicholas Manchise, 15 Suydam Avenue, Edison, New Jersey
08817;

(19)     Clive Watson, 4765 Carpenter Avenue, Apt. 4E, Bronx, New York
10470;

(20)     Eddie Futrell, 2231 South 68th Street, Philadelphia, Pennsylvania
19142;

(21)     Joseph Fontanez, 11 Mahoney Avenue, Pennsville, New Jersey
08070;

(22)     Michael Giordano, 90 Pine Ridge Blvd., Whiting, New Jersey
08755;

(23)     Anthony Rappette (improperly pled as "Anthony Rapette"), 1
Eugene Avenue, Bristol, Connecticut 06010;

(24)     Jay Shapiro, 63 Bartell Place, Clark, New Jersey 07066; and

(25)     Donald Dort, 616 Union Street, Rahway, New Jersey 07065.

b.     Defendant, Veolia ES Industrial Services, Inc., has been and is, both upon
the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this
removal petition, a corporation duly created and organized under the laws of the State of Delaware
with a principal place of business located at 4760 World Houston Parkway, Suite 100, Houston,
Texas 77032. Defendant Veolia ES Industrial Services, Inc. is not (at the time of the filing of the
subject complaint on November 30, 2017 and as of the time of the filing of this removal petition),
a corporation organized under the laws of the State of New Jersey or with a principal place of
business in the State of New Jersey.

5

c.      Defendant, Veolia ES Technical Solutions, L.L.C., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, and consisting of its sole member Veolia Environmental Services North America, LLC. Veolia Environmental Services North America, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member, Veolia North America, Inc. Veolia North America, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with a principal place of business located at The Nemours Building, 1007 Orange Street, Suite 1414, Wilmington, Delaware 19801. Defendant Veolia ES Technical Solutions, L.L.C. is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

d.      Defendant, Veolia Energy Solutions LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, and consisting of its sole member, Veolia Energy North America Holdings, Inc. Veolia Energy North America Holdings, Inc., has been and is, both upon the filing of the

6

subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with a principal place of business at 53 State Street, 14th Floor, Boston, Massachusetts 02109. Defendant Veolia Energy Solutions LLC is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

       e.      Defendant, Veolia Energy Operating Services, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member, Veolia Energy North America Holdings, Inc. Veolia Energy North America Holdings, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with a principal place of business at 53 State Street, 14th Floor, Boston, Massachusetts 02109. Defendant Veolia Energy Operating Services, LLC is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

       f.      Defendant, Veolia Energy Trenton, L.P., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, fraudulently or misjoined in this action. Defendant Veolia Energy Trenton, L.P., has been

7

and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited partnership duly created and organized under the laws of the State of New Jersey with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of two partners, Thermal North America, Inc., and Trenton Energy Company, LLC. Thermal North America, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with principal places of business located as 53 State Street, 14th Floor, Boston, Massachusetts 02109. Trenton Energy Company, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member, Thermal North America, Inc. Defendant Veolia Energy Trenton, L.P. is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a proper party to this action and not duly created or organized under the laws of the State of New Jersey, does not consist of partners with a principal place of business in the State of New Jersey, or consist of partners organized, with principal places of business, or citizenship in the State of New Jersey.

g.    Defendant, Veolia Energy North America, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Wisconsin with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member Thermal North America, Inc. Thermal North America, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and

8

organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109. Defendant Veolia Energy North America, LLC is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

       h.    Defendant, Veolia ES Enterprise Solutions, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member Veolia Environmental Services North America, LLC. Veolia Environmental Services North America, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member, Veolia North America, Inc. Veolia North America, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with a principal place of business located at The Nemours Building, 1007 Orange Street, Suite 1414, Wilmington, Delaware 19801. At the time of the filing of this removal petition, this entity is a dormant entity that does not currently operate in any states. Nevertheless, Defendant Veolia ES Enterprise Solutions, LLC is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New

Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

      i.     Defendant, Veolia North America, LLC, has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a limited liability company duly created and organized under the laws of the State of Delaware with a principal place of business located at 53 State Street, 14th Floor, Boston, Massachusetts 02109, consisting of its sole member, Veolia North America, Inc. Veolia North America, Inc., has been and is, both upon the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition, a corporation duly created and organized under the laws of the State of Delaware with a principal place of business located at The Nemours Building, 1007 Orange Street, Suite 1414, Wilmington, Delaware 19801. Defendant Veolia North America, LLC is not (at the time of the filing of the subject complaint on November 30, 2017 and as of the time of the filing of this removal petition), a limited liability company created or organized under the laws of the State of New Jersey, with a principal place of business in the State of New Jersey, or consisting of members organized, with principal places of business, or citizenship in the State of New Jersey.

      j.     Defendant, Veolia Environmental Services North America, LLC, is improperly pled as "Veolia Environmental Services North America Corp." The information as to this entity, as well as its members, is set forth above in Paragraph 9(c).

     10.     Upon information and belief, Veolia Energy Trenton, L.P. is a heat supplier. Plaintiffs' complaint clearly alleges they performed work at PSEG facilities/locations as operators, supervisors, drivers and environmental technicians. Additionally, Plaintiffs allege they were involved in construction, reconstruction, installation, demolition, restoration and alterations of facilities of a public utility.

11.    Upon information and belief, Veolia Energy Trenton, L.P. never: hired Plaintiffs, employed Plaintiffs, paid Plaintiffs, provided benefits for Plaintiffs, supervised Plaintiffs, directed Plaintiffs' work, supplied tools or supplies to Plaintiffs, or had any involvement with Plaintiffs.

12.    A resident defendant will be considered fraudulently joined, and the defendant's citizenship not considered a bar to the removal of an action, "where there is no reasonable basis in fact or colorable ground supporting the claim against the joined defendant, or no real intention in good faith to prosecute the action against the defendants or seek a joint judgment." Batoff v. State Farm Ins. Co., 977 F.3d 848, 851 (3d Cir. 1992). If there is no possibility under state law that the plaintiff could prevail on its claim against a defendant, then that defendant is fraudulently joined and its citizenship may be disregarded for purposes of removal. Route 27, LLC v. Getty Petroleum Mktg., Inc., No. 10cv3080, 2011 U.S. Dist. LEXIS 34375, 13 (D.N.J. Mar. 30, 2011).

13.    Here, as set forth above, Plaintiffs simply list Veolia Energy Trenton, L.P. in a list of parties but acknowledge in Paragraph 7 of the complaint that "most Plaintiffs understood their formal 'employer' to be Veolia ES Industrial Services, Inc. and/or Veolia Technical Solutions, LLC." Furthermore, not a single Plaintiff alleges Veolia Energy Trenton, L.P. was an employer. The complaint is also devoid of any allegations as to joint employment among the entities identified. Accordingly Defendants submit Veolia Energy Trenton, L.P. is fraudulently joined and must be disregarded for the analysis of diversity jurisdiction.

## AMOUNT IN CONTROVERSY

14.    Plaintiffs' Complaint alleges that Defendants failed to pay prevailing wages in violation of the New Jersey Prevailing Wage Act, N.J.S.A. § 34:11-56-25 et seq., failed to pay prevailing wage for Construction Work on a Public Utility, in violation of N.J.S.A. § 34-13B-2.1 and N.J.S.A. § 34:13B-16, and/or failed to pay the prevailing wage requirement for Construction Undertaken with BPA Financial Assistance, in violation of N.J.S.A. § 48:2-29.47. In their complaint, Plaintiffs seek "[c]ompensatory damages for all unpaid prevailing wages and

supplements, minimum wages and unpaid overtime wages," "[a]ppropriate and/or statutory interest, "attorneys' fees," "costs of suit," and "[a]ny other and further relief that [the] Court finds just and proper." (See Exhibit A, ¶ 44).

15.    Without conceding liability, the applicability of the Prevailing Wage Act, the amount of the alleged Prevailing Wage, the hours worked or any entitlement or value to Plaintiffs' claims, Defendants submit that for purposes of removal only, the amount in controversy for each Plaintiff exceeds the jurisdictional threshold based upon the allegations in the complaint.

16.    Both upon the filing of the subject complaint on November 30, 2017 and the filing of this removal petition, the last known hourly rates of the Plaintiffs are as follows:

    a.    Anthony Cosgrove, last hourly rate: $27.00;

    b.    Todd Johnson, last hourly rate: $23.29;

    c.    Rocco Furfero, last hourly rate: $21.02;

    d.    Thomas Crowle, last hourly rate: $26.00;

    e.    Jonathan Jennings, last hourly rate: $21.96;

    f.    Jimmie Johnson, last hourly rate: $20.00;

    g.    Kareem Moore, last hourly rate: $21.00;

    h.    Donnelle Britton, last hourly rate: $16.00;

    i.    Bryan Jones, last hourly rate: $20.27;

    j.    Kevin Bennett, last hourly rate: $23.63;

    k.    Howard Huey (improperly pled "Howard Hughy"), last hourly rate: $19.50;

    l.    Blake Goydic, last hourly rate: $15.61;

    m.    Rayshawn Moore, last hourly rate: $17.00;

    n.    Louis Procida, last hourly rate: $22.50;

    o.    Ben Keller, last hourly rate: $14.00;

    p.    Dylan Dipuma, last hourly rate: $15.38;

q.    Christopher Dickey, last hourly rate: $20.00;

r.    Nicholas Manchise, last hourly rate: $17.50;

s.    Clive Watson, last hourly rate: $17.00;

t.    Eddie Futrell, last hourly rate: $24.25;

u.    Joseph Fontanez, last hourly rate: $16.53;

v.    Michael Giordano, last hourly rate: $23.00;

w.    Anthony Rappette (improperly pled as "Anthony Rapette"), last hourly rate: $18.50;

x.    Jay Shapiro, last hourly rate: $16.25; and

y.    Donald Dort, last hourly rate: $16.71.

17.    Plaintiffs allege that at all relevant times, they provided prevailing wage labor at PSEG facilities following the approval of the PSEG Energy Strong Program effective May 23, 2014.

18.    In light of Plaintiffs' allegation that they were engaged in "construction work on a public utility" as defined in N.J.S.A. 34:13B-16, as operators (see Exhibit A, ¶¶ 27, 29), Plaintiffs presumably allege that the statewide rates for Operating Engineers under the Prevailing Wage Act apply. Generally, those rates range between $76.14 and $81.27 per hour, inclusive of the fringe rate. (See the New Jersey Department of Labor and Workforce Development Prevailing Wage Rate Determination annexed hereto as Exhibit "B.")

19.    Exclusive of overtime pay, vacation pay, and sick pay arguably provided for under the Prevailing Wage Act, the monetary threshold is still easily satisfied for each Plaintiff. By way of example, the highest paid Plaintiff, Anthony Cosgrove, received an hourly rate of $27.00. Assuming an additional 50% of his hourly wage for a benefit rate, the total hourly wage for

Plaintiff Cosgrove is $40.50. Compared to the average Prevailing Wage rate of $80.13[1] for Operating Engineers, the difference between Plaintiff Cosgrove's hourly wage and the Prevailing Wage rate is $39.63 per hour. Over a 40 hour period, the potential alleged damages exceed $1,500 in a single workweek. Over the course of a calendar year (i.e., 52 weeks), the amount of alleged damages easily exceeds the $75,000 threshold. Moreover, Plaintiffs allege work covered by the Prevailing Wage Act commenced as early as 2014 and the projection is, therefore, conservative.

20.     Attorney's fees are appropriately counted toward the amount in controversy "if such fees are available to successful plaintiffs under the statutory cause of action." Suber v. Chrysler Corp., 104 F.3d 578, 585 (3d Cir. 1997). In this case, the underlying statute allows for the recovery of "costs and . . . reasonable attorney's fees." N.J.S.A. § 34:11-56.40. Although not pled as a class action, common fund cases provide a conservative estimate of the value of any such costs and attorney's fees. In re GMC Pick-Up Truck Fuel Tank Prods. Liab. Litig., 55 F.3d 768, 822 (3d Cir. 1995). In Lenahan v. Sears, Roebuck & Co., this Court noted that "attorneys' fees of approximately 30 percent of the common fund are . . . regularly awarded in labor and employment class actions." 2006 U.S. Dist. LEXIS 60307, at *64-65 (D.N.J. July 10, 2006) (citing In re Safety Components, Inc. Sec. Litig., 166 F Supp. 2d 72, 102 (D.N.J. 2001) (granting award of 33 1/3 % in common fund case and citing to ten cases from this Circuit holding same); Erie County Retirees Assoc. v. County of Erie, Pennsylvania, 192 F. Supp. 2d 369, 382-83 (W.D. Pa. 2002) (awarding 38% of common fund in ADEA case). Accordingly, in addition to the projections set forth in Paragraph 17 above, an additional 33.3% may be added to account for attorney's fees at issue, further demonstrating that the $75,000 threshold is easily satisfied as to each Plaintiff.

21..     Given the relief potentially available to these Plaintiffs, particularly unpaid

---

[1] The $80.13 Prevailing Wage rate is based upon the Statewide Prevailing Wage Determinations and includes the average $30.70 fringe rate for Operating Engineers under the Statewide Determination.

Prevailing Wages, unpaid overtime wages, and attorneys' fees, Defendants submit that the amount in controversy exceeds the jurisdictional amount of $75,000 or each Plaintiff. See Bergen County Improvement Auth. v. Bergen Reg'l Med. Ctr., 2012 U.S. Dist. LEXIS 81891 (D.N.J. June 7, 2012) (holding that when a plaintiff has not specified that the amount in controversy is less than the jurisdictional minimum, the defendant need only show that, to a legal certainty, the amount in controversy exceeds the threshold requirement).

22.     Therefore, Defendants respectfully submit that this Court has original jurisdiction over Plaintiffs' claims by virtue of diversity of citizenship and satisfaction of the amount in controversy requirement of 28 U.S.C. § 1332(a)(1). Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## VENUE

23.     Pursuant to 28 U.S.C. §§ 1441(a), venue lies in the United States District Court for the District of New Jersey because the state action was filed in this District and this is the judicial district in which the action arose.

## NOTICES

24.     Pursuant to 28 U.S.C. §1446(d), Defendants have given written notice of the removal of this action to all adverse parties, and have filed a copy of this notice with the Clerk of the Superior Court of New Jersey, Law Division, Middlesex County.

WHEREFORE, Defendants respectfully request that the within action, now pending in the

Superior Court of New Jersey, Law Division, Middlesex County, be removed to the United States

District Court for the District of New Jersey.

Respectfully submitted,

JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
(973) 538-6890


By:    /s/ James M. McDonnell
       James M. McDonnell
       Beth L. Braddock

       ATTORNEYS FOR DEFENDANTS

411991
4846-7123-0554, v. 1

# <u>EXHIBIT A</u>

12-04-17;04:09PM;                                    ;6092430333              # 13/ 22

MID-L-007091-17  11/30/2017 8:26:07 PM  Pg 1 of 10 Trans ID: LCV2017560914

Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
(609) 243-0300
davidz@zatlaw.com
Attorneys for Plaintiff
ID#: 007811997

| | |
|---|---|
| ANTHONY COSGROVE; TODD JOHNSON; ROCCO FURFERO; THOMAS CROWLE; JONATHON JENNINGS; JIMMIE JOHNSON; KAREEM MOORE; DONELLE BRITTON; BRYAN JONES, KEVIN BENNETT; HOWARD HUGHY; BLAKE GOYDIC; RAYSHAWN MOORE; LOUIS PROCIDA; BEN KELLER; DYLAN DIPUMA; CHRIS DICKEY; NICHOLAS MANCHISE; CLIVE WATSON; EDDIE FUTRELL; JOSEPH FONTANEZ; MICHAEL GIORDANO; ANTHONY RAPETTE; JAY SHAPIRO; DONALD DORT, | SUPERIOR COURT OF NEW JERSEY MIDDLESEX COUNTY DOCKET NO. |
|                 Plaintiffs, | CIVIL ACTION |
|     v. | |
| VEOLIA ES INDUSTRIAL SERVICES, INC.; VEOLIA ES TECHNICAL SOLUTIONS, LLC; VEOLIA ENERGY SOLUTIONS, LLC; VEOLIA ENERGY OPERATING SERVICES, LLC; VEOLIA ENERGY TRENTON, L.P.; VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA ES ENTERPRISE SOLUTIONS, LLC; VEOLIA NORTH AMERICA, LLC; VEOLIA ENVIRONMENTAL SERVICES NORTH AMERICA CORP.; JOHN DOE CORPORATION 1-10 and other entities, | PLAINTIFFS' COMPLAINT AND JURY DEMAND |
|            Defendants. | |

Plaintiffs, by and through their counsel, by way of Complaint against Defendants, hereby

states and alleges as follows:

## PRELIMINARY STATEMENT

1.     The Plaintiffs bring this claim against the Defendants for failure to pay prevailing wages as required under the (1) New Jersey Prevailing Wage Act, N.J.S.A. 34:11-56-25 et seq., (2) Prevailing Wage for Construction Work On A Public Utility, N.J.S.A. 34:13B-2.1 and N.J.S.A. 34:13B-16, and/or (3) Prevailing Wage Requirement, Construction Undertaken with BPA Financial Assistance, N.J.S.A. 48:2-29.47 (collectively, the "NJ Prevailing Wage Statutes").

2.     The Defendants in this case are all affiliated corporate entities owned, either directly or through other affiliated companies, by the French transnational parent company Veolia Environnement S.A., operating under the corporate family name of "Veolia."

3.     Upon information and belief, in the United States, Veolia operates under the controlling auspices of a network of subsidiary companies, including Defendants Veolia North America, LLC, Veolia Environmental Services North America Corp., and others.

4.     In New Jersey, Veolia provides work covered by and subject to the Prevailing Wage Statutes to public utilities, including the Public Service Electric and Gas Company (PSEG).

5.     Upon information and belief, including filings with the Secretary of State and Department of Labor, Veolia provides these services in New Jersey through currently named Defendants Veolia ES Industrial Services, Inc., Veolia Technical Solutions, LLC, Veolia Energy Solutions, LLC, Veolia Energy Operating Services, LLC, Veolia Energy Trenton, L.P., Veolia Energy North America LLC, and Veolia ES Enterprise Solutions, LLC (all collectively "Veolia").

2

6.     The Plaintiffs in this action were at all relevant times employed by one or more of the Defendants Veolia companies as laborers and workmen at public utility facilities.

7.     Upon information and belief, most of the Plaintiffs understood their formal "employer" to be Veolia ES Industrial Services, Inc. and/or Veolia ES Technical Solutions, LLC. Others have been advised that they just work for "Veolia." Further, the Plaintiffs have been given confusing and conflicting information regarding which corporate entity is their respective employer as some or all of their pay stubs have at various times indicated their employer to be "Veolia North America" located at 101 W. Washington Street, Suite 1400E, Indianapolis, Indiana 46204. Given the opaqueness of Veolia's corporate structure, the web of affiliated entities operating in New Jersey, and conflicting information provided to the Plaintiffs themselves, upon information and belief, the Plaintiffs in this action have engaged in work within the State subject to the Prevailing Wage Statutes under the auspices of one or more or each of the named corporate entity Defendants.

**PARTIES**

8.     Plaintiffs are each individuals residing in or around the State of Jersey that were at all relevant times employed in New Jersey by Veolia in the capacity of operators, drivers, supervisors, and environmental technicians.

9.     Upon information and belief, Defendant Veolia ES Industrial Services, Inc. is organized as corporation under the laws of Illinois, and is registered to conduct business in New Jersey.

10.    Upon information and belief, Defendant Veolia ES Technical Solutions, LLC is organized as corporation under the laws of Delaware, and is registered to conduct business in New Jersey.

3

MID-L-007091-17  11/30/2017 8:26:07 PM  Pg 4 of 10 Trans ID: LCV2017560914

11.     Upon information and belief, Veolia Energy Solutions, LLC is organized as a limited liability company under the laws of Delaware, and is registered to conduct business in New Jersey.

12.     Upon information and belief, Veolia Energy Operating Services, LLC is organized as limited liability company under the laws of Massachusetts, and is registered to conduct business in New Jersey.

13.     Upon information and belief, Veolia Energy Trenton, L.P. is organized as a Limited Partnership under the laws of New Jersey with its principal place of business located at 320 South Warren Street, Trenton, New Jersey 08608.

14.     Upon information and belief, Veolia Energy North America, LLC is organized as a limited liability company under the laws of Wisconsin, and is registered to conduct business in New Jersey.

15.     Upon information and belief, Veolia ES Enterprise Solutions, LLC is organized as a limited liability company under the laws of Delaware, and is registered to conduct business in New Jersey.

16.     Upon information and belief, Defendants Veolia North America LLC and Veolia Environmental Services North America Corporation are holding and/or parent companies to the other Veolia entities named above.  It is currently unknown in which State they were organized. They are not formally registered to conduct business in New Jersey.

17.     Upon information and belief, Veolia maintains its principal places of business in New Jersey at 125 Factory Lane, Middlesex, NJ 08846 and also at 1 Eden Lane, Flanders, NJ 07836.

4

## BACKGROUND FACTS

18.    PSEG is a public utility electricity and gas company that is regulated by the Public Utility Commission under the provisions of Title 48 of the New Jersey Revised Statutes.

19.    As a result of the damage caused by Hurricane Sandy, PSEG sought and obtained Public Utility Commission approval in 2014 for $1.22 billion project known as the Energy Strong Program.

20.    The Public Utility Commission issued its Order Approving Stipulation of Settlement of the PSEG Energy Strong Program effective May 23, 2014.

21.    The Energy Strong Program, as approved by the Commission, requires PSEG to spend the monies on "upgrading" approximately 30 switching stations flooded during the Hurricane, to modernize 250 miles of low-pressure cast-iron gas mains in or near flood areas, to add "redundancy" to the power grid, and to upgrade natural gas metering stations.

22.    PSEG's own literature regarding the Energy Strong Program states that the utility "put thousands of skilled contractors and laborers to work" at it facilities.

23.    As part of the Energy Strong Program, PSEG engaged in extensive construction, reconstruction, installation, demolition, restoration, and alteration at its facilities.  This included for example, demolition of transformers at approximately 30 different electrical stations and the installation of new and larger transformers at each of these facilities.

24.    This reconstruction work also included, by way of further example, extensive re-conducting, reconstruction, and installation of underground electrical pipes across New Jersey at PSEG sites.

5

25.   PSEG at all relevant times retained and used the services of Veolia in connection to the demolition, installation, restoration, and reconstruction of transformers at PSEG electrical stations.

26.   PSEG also at all relevant times retained and used the services of Veolia in connection to the re-conducting, restoration and reconstruction of PSEG electrical pipes and facilities.

27.   The Plaintiffs in this action, as Veolia employees, at all relevant times provided prevailing wage labor at PSEG facilities, including electric stations, throughout the State of New Jersey, as operators, drivers, supervisors, and environmental technicians.

28.   The Plaintiffs generally documented their work and hours at PSEG sites on "PSEG Service Receipt" forms with "Veolia" letterhead and other similar documents that were submitted to Veolia supervisors and management.  Upon information and belief, all such PSEG Services Receipts and related PSEG work documentation have been maintained by Veolia in accordance with regulatory requirements and by PSEG as well.

29.   With respect to their work at PSEG facilities, Plaintiffs were at all relevant times engaged in "construction work on a public utility" as defined in N.J.S.A. 34:13B-16, as their work involved and was connected to construction, reconstruction, installation, demolition, restoration and alterations of facilities of a public utility.

30.   The Plaintiffs were at all relevant times entitled to be paid prevailing wage rates by Veolia for their work as operators, supervisors, drivers, and environmental technicians at PSEG facilities.

31.   Veolia at all relevant times failed to pay Plaintiffs the prevailing wage rates and supplements to which the Plaintiffs were entitled.

6

12-04-17;04:09PM;                                                    ;6092430333        # 19/ 22

MID-L-007091-17   11/30/2017 8:26:07 PM  Pg 7 of 10 Trans ID: LCV2017560914

32.    Plaintiffs seek to recover the prevailing wages and supplements to which they were entitled but did not receive under the NJ Prevailing Wage Statutes.

## COUNT I - VIOLATION OF LAW WITH RESPECT TO PREVAILING WAGE FOR CONSTRUCTION WORK ON A PUBLIC UTILITY

33.    Plaintiffs incorporates and restates each of the allegations contained in the preceding paragraphs as if set forth at length herein.

34.    Veolia violated N.J.S.A. 34:13B-2.1 and 34:13B-16 by failing to pay Plaintiffs the required and proper prevailing wage rates to which they were entitled for work at PSEG facilities.

35.    As a result, Veolia is liable to Plaintiffs for all unpaid and due prevailing wages to which Plaintiffs are entitled.

WHEREFORE, Plaintiffs demand the following damages and relief:

a.    Judgment in favor of the Plaintiffs;

b.    Compensatory damages for all unpaid prevailing wages and supplements;

c.    Appropriate and/or statutory interest;

d.    Attorneys fees;

e.    Costs of suit;

f.    Any other relief that this Court deems just and equitable.

## COUNT II - VIOLATION OF LAW WITH RESPECT TO PREVAILING WAGE FOR CONSTRUCTION WORK UNDERTAKEN WITH BPU FINANCIAL ASSISTANCE

36.    Plaintiffs incorporate and restate each of the allegations contained in the preceding paragraphs as if set forth at length herein.

7

37.    Veolia also violated N.J.S.A. 48:2-29.47 by failing to pay Plaintiffs the required and proper prevailing wages rates to which they were entitled for work at PSEG facilities with respect to the Energy Strong Program.

38.    N.J.S.A. 48:2-29-47 provides that the "prevailing wage rate shall be paid to workers in the performance of any construction undertaken in connection with Board of Public Utilities financial assistance...."

39.    "Financial assistance" is further defined in the law as "any tax exemption, abatement, or other incentive or any rebate, credit, loan, loan guarantee, expenditure, investment, grant, incentive, or other financial assistance which is, in connection with construction, approved, funded authorized, administered or provided by the Board of Public Utilities..."

40.    All construction, renovation and preparation work by and for PSEG at its facilities, as engaged in by the Plaintiffs, pursuant to the Energy Strong Program was approved and authorized by the Board of Public Utilities.

41.    As a financial incentive and/or assistance to PSEG for its expenditures in implementing and carrying out the Energy Strong Program, the Board of Public Utilities authorized and agreed to grant and allow PSEG certain rate hikes to which PSEG would not otherwise have been entitled.

42.    Accordingly, the Plaintiffs were entitled to the prevailing wage rate with respect to all work done by them at PSEG facilities pursuant to the Energy Strong Program.

43.    Veolia at all relevant times failed to pay Plaintiffs the prevailing wage rates and supplements to which the Plaintiffs were entitled for such work.

44.    As a result, Veolia is liable to Plaintiffs for all unpaid and due prevailing wages to which Plaintiffs are entitled.

12-04-17;04:09PM;                                    ;6092430333          # 24/ 22

MID-L-007091-17  11/30/2017 8:26:07 PM  Pg 9 of 10 Trans ID: LCV2017560914

WHEREFORE, Plaintiffs demand the following damages and relief:

a.    Judgment in favor of the Plaintiffs;

b.    Compensatory damages for all unpaid prevailing wages and supplements;

c.    Appropriate and/or statutory interest;

d.    Attorneys fees;

e.    Costs of suit;

f.    Any other relief that this Court deems just and equitable.

Respectfully submitted,

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
609-243-0300
Attorneys for Plaintiffs

Dated: November 30, 2017

## CERTIFICATION PURSUANT TO R. 4:5-1

I hereby certify that this matter in controversy is not the subject of other actions pending in any court or arbitration proceedings, or any such contemplated other actions or arbitration proceedings.

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
609-243-0300
Attorneys for Plaintiffs

Dated: November 30, 2017

9

12-04-17;04:09PM;                                    ;6092430333              # 22/ 22

MID-L-007091-17   11/30/2017 8:26:07 PM  Pg 10 of 10 Trans ID: LCV2017560914

## DESIGNATION OF TRIAL COUNSEL

David Zatuchni, Esq. is hereby designated as trial counsel in this matter.

 

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
609-243-0300
Attorneys for Plaintiffs

Dated: November 30, 2017

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues and claims.

 

David Zatuchni, Esq.
Zatuchni & Associates, LLC
287 South Main Street
(Route 29)
Lambertville, NJ 08530
609-243-0300
Attorneys for Plaintiffs

Dated: November 30, 2017

10

# <u>EXHIBIT B</u>

**TERRITORY**                    NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

**ENTIRE STATE**                    PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    **Rates Expiration Date :   03/31/2020**

{For apprentice rates refer to "Operating Engineers" apprentice rates in any county rate package}

The regular workday consists of 8 hours, Monday to Friday, between 6:00 AM and 4:30 PM.

SHIFT DIFFERENTIALS:
- Shift work must run for 5 consecutive workdays.
- When 2 shifts are worked, the second shift shall receive an additional 10% of the regular rate inclusive of benefits, per hour.
- When 3 shifts are worked, the second shift shall receive 8 hours pay for 7.5 hours of work, plus an additional 10% of the regular rate inclusive of benefits, per hour.  The third shift shall receive 8 hours pay for 7 hours of work, plus an additional 15% of the regular rate inclusive of benefits, per hour.
- When such hours are mandated by the project owner, a shift that starts between 8:00 PM and midnight and ends by 6:00 AM Saturday, or that starts after 8:00 PM on Sunday, provided there are consecutive hours of work within the shift, shall receive an additional 15% of the regular rate, inclusive of benefits.
- On Highway, Road, Street, and Sewer projects  irregular shifts starting between 5:00 PM and 12:00 AM may be worked Monday through Friday, and shall receive an additional 15% of the regular rate, inclusive of benefits.  When working with other trades that receive a higher irregular shift rate, the Operating Engineer shall also receive the higher irregular shift rate.

OVERTIME:
- Hours in excess of 8 per day, or outside of the regular workday, Monday through Friday, that are not shift work, and all hours on Saturdays shall be paid at time and one-half the regular rate, inclusive of benefits.  All hours on Sundays and holidays shall be paid at double the regular rate, inclusive of benefits.
- Four 10-hour days may be worked, Monday through Thursday, at straight time, with all hours on Friday paid at time and one-half the regular rate, inclusive of benefits.

RECOGNIZED HOLIDAYS: New Year's Day, Presidents' Day, Memorial Day, July 4th, Labor Day, Presidential Election Day, Veterans Day, Thanksgiving Day, Christmas Day.  Sunday holidays observed the following Monday. When all trades on a particular job site agree, the day after Thanksgiving may be substituted for Veteran's Day.

On hazardous waste removal work or asbestos removal work, on a state or federally designated hazardous waste site, where the operating engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin, and eye protection, the operating engineer shall receive an additional 20% of the hourly wage, per hour.

TERRITORY                       NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
ENTIRE STATE                              PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    Rates Expiration Date :   03/31/2020

Effective Dates:

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 48.98 | 31.70 | 80.68 | | 82.03 | 83.03 | 85.38 |

**CLASSIFICATIONS:**

A-Frame

Backhoe (combination)

Boom Attachment on loaders (Except pipehook)

Boring & Drilling Machine

Brush Chopper, Brush Shredder, Tree Shredder, Tree Shearer

Bulldozer, finish grade

Cableway

Carryall

Concrete Pump

Concrete Pumping System (Pumpcrete & similar types)

Conveyor, 125 feet or longer

Drill Doctor (Duties include dust collector and maintenance)

Front End Loader (2 cu. yds. but less than 5 cu. yds.)

Grader, finish

Groove Cutting Machine (ride-on type)

Heater Planer

Hoist: Outside Material Tower Hoist  (all types including steam, gas, diesel, electric, air
   hydraulic, single and double drum, concrete, brick shaft caisson,
   snorkle roof, and other similar types, Except Chicago-boom type) * receives an addtional $1.00 per hour on 100 ft. up to 199 ft. total
height, and an additional $2.00 per hour on 200 ft. and over total height.

Hydraulic Crane (10 tons & under)

Hydraulic Dredge

Hydro-Axe

Hydro-Blaster

TERRITORY                    NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

ENTIRE STATE                           PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**     **Rates Expiration Date :   03/31/2020**

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 48.98 | 31.70 | 80.68 | | 82.03 | 83.03 | 85.38 |

**CLASSIFICATIONS:**

Jack (screw, air hydraulic, power-operated unit, or
  console type, Except hand jack or pile load test type)

Log Skidder

Pan

Paver, concrete

Plate & Frame Filter Press

Pumpcrete (unit type)

Pumpcrete, Squeezecrete, or Concrete Pumping machine
  (regardless of size)

Scraper

Side Boom

Straddle Carrier (Ross and similar types)

Whiphammer

Winch Truck (hoisting)

TERRITORY                    NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

ENTIRE STATE                          PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    **Rates Expiration Date : 03/31/2020**

**Effective Dates:**

| | 01/01/2018 | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|
| Rate | Fringe | Total | Total | Total | Total |
| 47.07 | 31.70 | 78.77 | 80.12 | 81.12 | 83.47 |

**CLASSIFICATIONS:**

Asphalt Curbing Machine

Asphalt Plant Engineer

Asphalt Spreader

Autograde Curb Trimmer & Sidewalk Shoulder Slipform (CMI & similar types)

Autograde Curecrete Machine (CMI & similar types)

Autograde Tube Finisher & Texturing Machine (CMI & similar types)

Bar Bending Machines (Power)

Batcher, Batching Plant, & Crusher [On Site]

Belt Conveyor System

Boom-Type Skimmer Machine

Bridge Deck Finisher

Bulldozer (all sizes)

Captain (Power Boats)

Car Dumper (railroad)

Compressor & Blower unit for loading/unloading of concrete,
cement, fly ash, or similar type materials (used independently
or truck-mounted)

Compressor (2 or 3 battery)

Concrete Breaking Machine

Concrete Cleaning/Decontamination Machine

Concrete Finishing Machine

Concrete Saw or Cutter (ride-on type)

Concrete Spreader (Hetzel, Rexomatic & similar types)

Concrete Vibrator

TERRITORY                                 NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
ENTIRE STATE                                            PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**     **Rates Expiration Date :  03/31/2020**

**Effective Dates:**

| | 01/01/2018 | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|
| Rate | Fringe | Total | Total | Total | Total |
| 47.07 | 31.70 | 78.77 | 80.12 | 81.12 | 83.47 |

**CLASSIFICATIONS:**

Conveyors - under 125 feet

Crane Signalman

Crushing Machine

Directional Boring Machine

Ditching Machine - Small (Ditchwitch, Vermeer or similar types)

Dope Pot - Mechanical (with or without pump)

Dumpster

Elevator

Fireman

Fork Lift (Economobile, Lull & similar types)

Front End Loader (1 cu. yd. and over but less than 2 cu. yds.)

Generator (2 or 3 battery)

Giraffe Grinder

Goldhofer/Hydraulic Jacking Trailer

Grader & Motor Patrols

Grout Pump

Gunnite Machine (Excluding nozzle)

Hammer - Vibratory (in conjunction with generator)

Heavy Equipment Robotics - Operator/Technician

Hoist (roof, tugger, aerial platform hoist, house car)

Hopper

Hopper Doors (power operated)

Ladder (motorized)

TERRITORY                    NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
ENTIRE STATE                        PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    **Rates Expiration Date :   03/31/2020**

Effective Dates:

| | 01/01/2018 | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|
| Rate | Fringe | Total | Total | Total | Total |
| 47.07 | 31.70 | 78.77 | 80.12 | 81.12 | 83.47 |

**CLASSIFICATIONS:**

Laddervator

Locomotive (Dinky-type)

Maintenance Utility Man

Master Environmental Maintenance Technician

Mechanic

Mixer (Except paving mixers)

Pavement Breaker (truck-mounted or small self-propelled
  ride-on type)

Pavement Breaker - maintenance of compressor or hydraulic unit

Pipe Bending Machine (power)

Pitch Pump

Plaster Pump (regardless of size)

Post Hole Digger (post pounder, auger)

Rod Bending Machines

Roller (black top)

Scale (power)

Seamen Pulverizing Mixer

Shoulder Widener

Silo

Skimmmer Machine (boom type)

Steel Cutting Machine (service & maintenance)

Tamrock Drill

Tractor

Transfer Machines

TERRITORY                      NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

ENTIRE STATE                          PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    Rates Expiration Date :   03/31/2020

**Effective Dates:**

|  | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 47.07 | 31.70 | 78.77 | | 80.12 | 81.12 | 83.47 |

**CLASSIFICATIONS:**

Tug Captains

Tug Master (Power Boats)

Ultra High Pressure Waterjet Cutting Tool System -
  Operator/Maintenance Technician

Vacuum Blasting Machine - Operator/Maintenance Technician

Vibrating Plant (used with unloading)

Welder & Repair Mechanic

**Effective Dates:**

|  | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 43.73 | 31.70 | 75.43 | | 76.78 | 77.78 | 80.13 |

**CLASSIFICATIONS:**

Assistant Engineer/Oiler

Driller's Helper

Field Engineer - Transit man or Instrument man

Maintenance Apprentice (Deckhand)

Maintenance Apprentice (Oiler)

Mechanic's Helper

Off Road Back Dump

Tire Repair & Maintenance

**Effective Dates:**

|  | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 41.15 | 31.70 | 72.85 | | 74.20 | 75.20 | 77.55 |

**CLASSIFICATIONS:**

Field Engineer - Rodman or Chainman

TERRITORY

ENTIRE STATE

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    **Rates Expiration Date :  03/31/2020**

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 51.31 | 31.70 | 83.01 | | 84.36 | 85.36 | 87.71 |

**CLASSIFICATIONS:**

Lead Engineer, Foreman Engineer, Safety Engineer (minimum)

TERRITORY               NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
ENTIRE STATE                       PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**     Rates Expiration Date :   03/31/2020

Effective Dates:

| | 01/01/2018 | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|
| Rate | Fringe | Total | Total | Total | Total |
| 50.57 | 31.70 | 82.27 | 83.62 | 84.62 | 86.97 |

**CLASSIFICATIONS:**

Autograde Pavement Profiler (CMI & similar types)

Autograde Pavement Profiler - Recycle Type (CMI & similar types)

Autograde Placer/Trimmer/Spreader Combination (CMI & similar types)

Autograde Slipform Paver (CMI & similar types)

Backhoe (Excavator)

Central Power Plant

Concrete Paving Machine

Cranes, Derricks, Pile Drivers (all types), under 100 tons with a boom (including jib and/or leads) under 100 ft.

Draglines

Drill, Bauer, AMI and similar types

Drillmaster, Quarrymaster

Drillmaster/Quarrymaster (down-the-hole drill), rotary drill, self-propelled hydraulic drill, self-powered drill

Elevator Grader

Field Engineer-Chief of Party

Front End Loader (5 cu. yards or larger)

Gradall

Grader, Rago

Helicoptor Co-Pilot

Helicoptor Communications Engineer

Juntann Pile Driver

Locomotive (large)

Mucking Machine

**TERRITORY**

**ENTIRE STATE**

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**　　Rates Expiration Date : 03/31/2020

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 50.57 | 31.70 | 82.27 | | 83.62 | 84.62 | 86.97 |

**CLASSIFICATIONS:**

Pavement & Concrete Breaker (Superhammer & Hoe Ram)

Pile Driver

Prentice Truck

Roadway Surface Grinder

Scooper (loader & shovel)

Shovel (Excavator)

Trackhoe (Excavator)

Tree Chopper with boom

Trenching Machine (cable plow)

Tunnel Boring Machine

Vacuum Truck

TERRITORY                          NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

ENTIRE STATE                                   PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**      **Rates Expiration Date :  03/31/2020**

Effective Dates:

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 45.44 | 31.70 | 77.14 | | 78.49 | 79.49 | 81.84 |

**CLASSIFICATIONS:**

Chipper

Compressor (single)

Concrete Spreader (small type)

Conveyor Loader (Except elevator graders)

Engines, Large Diesel (1620 HP) & Staging Pump

Farm Tractor

Fertilizing Equipment (operation & maintenance)

Fine Grade Machine (small type)

Form Line Grader (small type)

Front End Loader (under 1 cubic yard)

Generator (single)

Grease, Gas, Fuel, & Oil Supply Trucks

Heaters (Nelson or other type)

Lights - portable generating light plant

Mixer, Concrete (small)

Mulching Equipment (operation & maintenance)

Power Broom or Sweeper

Pump (diesel engine & hydraulic - regardless of power)

Pump (larger than 2 inch suction, including submersible pumps)

Road Finishing Machine (small type)

Roller - grade, fill, or stone base

Seeding Equipment (operation & maintenance)

Sprinkler & Water Pump Trucks

TERRITORY                    NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

ENTIRE STATE                        PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    Rates Expiration Date : 03/31/2020

**Effective Dates:**

|      | 01/01/2018 |       | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|------|------------|-------|------------|------------|------------|
| Rate | Fringe     | Total | Total      | Total      | Total      |
| 45.44| 31.70      | 77.14 | 78.49      | 79.49      | 81.84      |

**CLASSIFICATIONS:**

Steam Generator or Boiler

Stone Spreader

Tamping Machine (vibrating ride-on type)

Temporary Heating Plant (Nelson or other type, including proprane, natural gas, and flow-type units)

Water or Sprinkler Truck

Welding Machine (gas, diesel, or electric convertor, of any type)

Welding System - Multiple (rectifier transformer type)

Wellpoint Systems (including installation by bull gang and maintenance)

**Effective Dates:**

|      | 01/01/2018 |       | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|------|------------|-------|------------|------------|------------|
| Rate | Fringe     | Total | Total      | Total      | Total      |
| 52.39| 31.70      | 84.09 | 85.44      | 86.44      | 88.79      |

**CLASSIFICATIONS:**

Helicoptor Pilot/Engineer

**Effective Dates:**

|      | 01/01/2018 |       | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|------|------------|-------|------------|------------|------------|
| Rate | Fringe     | Total | Total      | Total      | Total      |
| 57.07| 31.70      | 88.77 | 90.12      | 91.12      | 93.47      |

**CLASSIFICATIONS:**

Cranes, Derricks, Pile Driver (all types), 100 tons and over and TOWER CRANE with boom (including jib and/or leads) 140 ft. and over

**Effective Dates:**

|      | 01/01/2018 |       | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|------|------------|-------|------------|------------|------------|
| Rate | Fringe     | Total | Total      | Total      | Total      |
| 56.07| 31.70      | 87.77 | 89.12      | 90.12      | 92.47      |

**CLASSIFICATIONS:**

Cranes, Derricks, Pile Driver (all types), 100 tons and over and TOWER CRANE with boom (including jib and/or leads) from 100 ft. to 139 ft.

TERRITORY

ENTIRE STATE

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PREVAILING WAGE RATE DETERMINATION

**OPERATING ENGINEERS**    **Rates Expiration Date :  03/31/2020**

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 52.57 | 31.70 | 84.27 | | 85.62 | 86.62 | 88.97 |

**CLASSIFICATIONS:**

Cranes, Derricks, Pile Driver (all types) , under 100 tons with a boom  (including jib and/or leads) 140 ft. and over

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 55.07 | 31.70 | 86.77 | | 88.12 | 89.12 | 91.47 |

**CLASSIFICATIONS:**

Cranes, Derricks, Pile Driver (all types), 100 tons and over and TOWER CRANE with a boom (including jib and/or leads) under 100 ft.

**Effective Dates:**

| | 01/01/2018 | | | 07/01/2018 | 01/01/2019 | 07/01/2019 |
|---|---|---|---|---|---|---|
| Rate | Fringe | Total | | Total | Total | Total |
| 51.57 | 31.70 | 83.27 | | 84.62 | 85.62 | 87.97 |

**CLASSIFICATIONS:**

Cranes, Derricks, Pile Driver (all types), under 100 tons with a boom (including jib and/or leads) from 100 ft.  to 139 ft.